| | |
|---|---|
| 1 | MacCONAGHY & BARNIER, PLC<br>JOHN H. MacCONAGHY, SBN 83684 |
| 2 | JEAN BARNIER, SBN 231683<br>MONIQUE JEWETT-BREWSTER, SBN 217792 |
| 3 | 645 First St. West, Suite D<br>Sonoma, California 95476 |
| 4 | Telephone: (707) 935-3205<br>Facsimile: (707) 935-7051 |
| 5 | Email: macclaw@macbarlaw.com |
| 6 | Attorneys for Defendant<br>JIM FRENCH STUDIOS, INC. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re  )  Case No. 10-12153-AJ
) (Chapter 11)
PROWEST MEDIA CORPORATION,  )
) AP No. 10-1080
        Debtor.  )
_____)
)
PROWEST MEDIA CORPORATION,  )  **MOTION TO DISMISS AND**
)  **FOR MORE DEFINITE**
        Plaintiff,  )  **STATEMENT**
)
    v.  )  Date: 9/10/2010
)  Time: 9:00 a.m.
JIM FRENCH STUDIOS, INC.,  )  Santa Rosa Courtroom–Jaroslovsky
)
        Defendant.  )
_____)

Defendant Jim French Studios, Inc. hereby moves the Court for the following relief:

1. Pursuant to the provisions of Bankruptcy Rule 7012 and FRCivP 12(b)(6), Defendant moves the Court for an order dismissing the first and second claims for relief for failure to state a claim upon which relief can be granted;

2. Pursuant to the provisions of Bankruptcy Rule 7012 and FRCivP 12(c), Defendant hereby moves the Court for an order compelling the Plaintiff to provide a more definite statement as to its third claim for relief; specifically, Plaintiff's alleged value of

| | |
|---|---|
| 1 | Defendant's collateral.   WHEREFORE, Defendant prays the Court for the relief set forth |
| 2 | above. and for such other and further relief as the Court deems proper. |
| 3 | |
| 4 | Dated: August 9, 2010                    MacCONAGHY & BARNIER, PLC |
| 5 | |
| 6 |                                          /s/ John H. MacConaghy<br>By John H. MacConaghy |
| 7 |                                          *Attorneys for Defendant*<br>*Jim French Studios, Inc.* |