MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
MONIQUE JEWETT-BREWSTER, SBN 217792
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

Attorneys for Defendant
JIM FRENCH STUDIOS, INC.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PROWEST MEDIA CORPORATION,<br><br>Debtor.<br>_____<br>PROWEST MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JIM FRENCH STUDIOS, INC.,<br><br>Defendant.<br>_____ | Case No. 10-12153-AJ<br>(Chapter 11)<br><br>AP No. 10-1080<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS AND FOR MORE DEFINITE STATEMENT**<br><br>Date: 9/10/2010<br>Time: 9:00 a.m.<br>Santa Rosa Courtroom–Jaroslovsky |

NOTICE IS HEREBY GIVEN that on September 10, 2010 at 9:00 a.m, or as soon thereafter as the matter can be heard, in the Courtroom of the Hon. Alan Jaroslovsky, 99 South E Street, Santa Rosa, CA 95404, a hearing will be held on the "Motion to Dismiss and for More Definite Statement" filed Defendant Jim French Studios, Inc. pursuant to the provisions of Bankruptcy Rule 7012 and FRCivP 12(b)(6) and 12(c).

| | | |
|---|---|---|
| 1 | Dated: August 9, 2010 | MacCONAGHY & BARNIER, PLC |
| 2 | | |
| 3 | | /s/ John H. MacConaghy<br>By John H. MacConaghy<br>*Attorneys for Defendant* |
| 4 | | *Jim French Studios, Inc.* |