```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 10-12153 |
| PROWEST MEDIA CORPORATION, | CHAPTER 11 |
| Debtor.            / | |
| PROWEST MEDIA CORPORATION, | A.P. No. 10-1080 |
| Plaintiff, | |
| v. | |
| JIM FRENCH STUDIOS, INC., | |
| Defendant.         / | OPPOSITION TO MOTION TO DISMISS<br>Date:  September 10, 2010<br>Time:  9:00 a.m.<br>Place: 99 South E St.<br>       Santa Rosa, CA |

   PROWEST MEDIA CORPORATION, Plaintiff herein, opposes the Motion of the Defendant herein, as follows:

FIRST CLAIM FOR RELIEF:

   1.  Jim French Studios, Inc. is a stranger to the Asset Purchase Agreement and the Security Agreement and did not exist as of the filing of the Financing Statement.  *After* filing of the financing statement, Colt Studios changed its name to Jim French Studios, Inc.  The entity which purported to file the financing statement did not exist as of its filing.

1     2.    Although Defendant has offered nothing by way of evidence, the Plaintiff consents to dismissal of the First Claim for Relief.

SECOND CLAIM FOR RELIEF:

3.    Paragraph 1(a) of Exhibit B defines the "collateral" in which a security interest is granted. Included in the definition are "personal property" included in Schedule 1(a) as well as a described list of accounts.

4.    Paragraph 2.2 of Exhibit A defines what was intended by the Asset Purchase Agreement to be included as collateral. What is excluded are after-purchase images created by the buyer.

5.    The Second Claim for Relief requests a determination of the extent of the perfected security interest in order to determine which images are not encumbered and can be utilized by the Debtor.

6.    Should the Court determine that the pleading is not sufficiently clear to apprise the Defendant of the Claim, Plaintiff be afforded leave to amend.

THIRD CLAIM FOR RELIEF:

7.    Plaintiff contends that the collateral has a value less than the obligation which the Defendant contends is secured. In order to determine the precise value, the extent of the security interest must be known.

8.    Defendant has acknowledged that the collateral value is exceeded by the value of the claim in the context of Relief from Stay.

9.    Should the Court determine that a specific value be alleged, leave of Court is requested to amend the Claim to set forth the alleged value.

WHEREFORE, Plaintiff prays for relief as follows:

1. That the First Claim for Relief be dismissed.

2. That the Motion be denied insofar as the Second and Third Claims for Relief, or, in the alternative, that the Plaintiff be afforded leave of Court to amend the Complaint.

3. Such other and further relief as the Court deems just and proper.

Dated: 8/27/10                                    DAVID N. CHANDLER, p.c.


                                                  By: */s/ David N. Chandler*
                                                  DAVID N. CHANDLER,
                                                  Attorney for Plaintiff