1

2

3

4

5

6

7 **UNITED STATES BANKRUPTCY COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA**

9 In re

No. 10-12153

10

Prowest Media Corporation,

11

Debtor(s). /

12

Prowest Media Corporation

13 Plaintiff(s),

14 v. A.P. No. 10-1080

15

Jim French Studios, Inc.

16

17 Defendant(s). /

18 **SCHEDULING CONFERENCE ORDER AND NOTICE OF TRIAL**

19 Following scheduling conference, IT IS ORDERED as follows:

20 1. Trial in the above matter is set for March 3, 2011, at 9:00 a.m. at USBC, 99 S. E St., Santa

21 Rosa, California.  This is a DATE CERTAIN.

22 2.  All depositions and other discovery shall be concluded by February 3, 2011.  All

23 interrogatories shall be served such that responses are due before then.  Discovery motions must be

24 heard timely; TRIALS WILL NOT BE CONTINUED DUE TO DISCOVERY DISPUTES.

25 3. The parties shall comply with all of the requirements of FRCP 26, including the pretrial

26 disclosures set forth in Rule 26(a)(3).  In complying with Rule 26(a)(3)(C), the parties shall pre-

27 mark each exhibit with a standard exhibit stamp.  Plaintiff shall use numbers and defendant letters

28 in pre-marking exhibits.

1        4.     At least seven days before trial all parties shall email to

2 Chambers_Orders@canb.uscourts.gov and opposing parties proposed findings of fact and

3 conclusions of law. Each element of every claim or affirmative defense shall be separately identified

4 and discussed, including all burdens of proof or persuasion.

5        5. Failure to strictly abide by the terms of this order may subject a party to default, dismissal,

6 or other sanctions.

7

8 Dated:  October 26, 2010

9

10

11

12

13

14

15 Alan Jaroslovsky
U.S. Bankruptcy Judge

16

17

18

19

20

21

22

23

24

25

26

27

28